U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

ANN ROWLAND and PATRICIA KAPSALIS
vs.

**08 C 0078**

LAKE FOREST HEALTH AND FITNESS INSTITUTE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR
PLAINTIFFS ANN ROWLAND and PATRICIA KAPSALIS

**JUDGE KENNELLY
MAGISTRATE JUDGE COX**

| NAME (Type or print) |
|---|
| WILLIAM M. WALSH |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ William M. Walsh |

| FIRM |
|---|
| LAW OFFICE OF WILLIAM M. WALSH |

| STREET ADDRESS |
|---|
| 53 W. JACKSON BOULEVARD, SUITE 224 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06194203 | (312) 362-9190 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐