IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN ROWLAND and PATRICIA KAPSALIS,<br><br>  Plaintiffs,<br><br>  v.<br><br>LAKE FOREST HEALTH AND FITNESS INSTITUTE,<br><br>  Defendant. | No. 08 C 0078<br><br>Judge Kennelly<br>Magistrate Judge Cox |

## AGREED MOTION FOR ENTRY OF ORDER GRANTING PARTIES' STIPULATION FOR PROTECTION AND EXCHANGE OF CONFIDENTIAL MATERIAL

Now comes the Plaintiffs Ann Rowland and Patricia Kapsalis and the Defendant Lake Forest Health and Fitness Institute, through their respective counsel, who respectfully move this Court to enter an order granting the parties' stipulation for the protection and exchange of confidential material. In support of their agreed motion, the parties state as follows:

1. In light of the sensitive and confidential nature of some of the information to be exchanged by the parties during discovery, Plaintiffs and Defendant entered into a stipulation governing the protection of such information.

2. A copy of the parties' stipulation is attached hereto as Exhibit 1.

Wherefore, Plaintiffs and Defendant respectfully request that the Court enter an order granting the parties' stipulation for protection and exchange of confidential material.

Dated:  May 30, 2008                               Respectfully submitted,


                                                   s/ Kendra M. Allaband
                                                   Attorneys for Defendant
                                                   LAKE FOREST HEALTH AND FITNESS
                                                   INSTITUTE

Mark E. Furlane – ARDC No. 00897175
Kendra M. Allaband – ARDC No. 06269318
Drinker Biddle & Reath LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606-1698
Telephone:  (312) 569-1000
Facsimile:  (312) 569-3000
kendra.allaband@dbr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>William M. Walsh
>53 W. Jackson Blvd.
>Suite 224
>Chicago, IL  60604
>Phone: (312) 362-9190
>Fax:  (312) 431-8694
>Email: walshlaw45@msn.com

and by causing a copy of same to be placed in an envelope, postage prepaid, in a U.S. mail chute located at 191 N. Wacker Drive, Chicago, Illinois before the hour of 5:00 p.m.

>s/ Kendra M. Allaband
>Kendra M. Allaband – ARDC No. 06269318
>Attorney for LAKE FOREST HEALTH AND FITNESS INSTITUTE
>Drinker Biddle & Reath LLP
>191 N. Wacker Drive, Suite 3700
>Chicago, Illinois  60606-1698
>Telephone: (312) 569-1328
>Facsimile: (312) 569-3328
>kendra.allaband@dbr.com

CH01/ 13508703.1