IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN ROWLAND and PATRICIA KAPSALIS, <br><br> Plaintiffs, <br><br> v. <br><br> LAKE FOREST HEALTH AND FITNESS INSTITUTE, <br><br> Defendant. | No. 08 C 0078 <br><br> Judge Kennelly <br> Magistrate Judge Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008 at 9:30 a.m., counsel for the Defendant Lake Forest Health and Fitness Institute will appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead at Courtroom 2103 of the U.S. District Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present *Agreed Motion for Entry of Order Granting Parties' Stipulation for Protection and Exchange of Confidential Material*, a true and correct copy of which is hereby served upon you

Dated:  May 30, 2008                                 Respectfully submitted,


                                                     s/ Kendra M. Allaband
                                                     Attorneys for Defendant
                                                     LAKE FOREST HEALTH AND FITNESS
                                                     INSTITUTE

Mark E. Furlane – ARDC No. 00897175
Kendra M. Allaband – ARDC No. 06269318
Drinker Biddle & Reath LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606-1698
Telephone:  (312) 569-1000
Facsimile:  (312) 569-3000
kendra.allaband@dbr.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>William M. Walsh
>53 W. Jackson Blvd.
>Suite 224
>Chicago, IL  60604
>Phone: (312) 362-9190
>Fax:  (312) 431-8694
>Email: walshlaw45@msn.com

and by causing a copy of same to be placed in an envelope, postage prepaid, in a U.S. mail chute located at 191 N. Wacker Drive, Chicago, Illinois before the hour of 5:00 p.m.

>s/ Kendra M. Allaband
>Kendra M. Allaband – ARDC No. 06269318
>Attorney for LAKE FOREST HEALTH AND FITNESS INSTITUTE
>Drinker Biddle & Reath LLP
>191 N. Wacker Drive, Suite 3700
>Chicago, Illinois  60606-1698
>Telephone: (312) 569-1328
>Facsimile: (312) 569-3328
>kendra.allaband@dbr.com

CH01/ 13508704.1