IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANN ROWLAND and PATRICIA KAPSALIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LAKE FOREST HEALTH AND FITNESS ) <br> INSTITUTE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 08 C 00078 <br><br> Judge Kennelly <br><br> Magistrate Judge Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on the **10th day of June, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Matthew F. Kennelly in Courtroom 2103, or before any Judge sitting in his stead, and then and there present "Plaintiffs' Motion to File an Amended Complaint," a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

/s/William M. Walsh
William M. Walsh (06194203)

Law Office of William M. Walsh
53 W. Jackson Boulevard, Suite 224
Chicago, Illinois  60604
(312) 362-9190 (P)
(312) 922-2008 (F)
walshlaw45@msn.com

## CERTIFICATE OF SERVICE

I, William M. Walsh, hereby certify that on the 4th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

>Mark Furlane @ mark.furlane@dbr.com
>Kendra Allaband @ kendra.allaband@dbr.com
>Drinker Biddle & Reath, LLP
>191 N. Wacker Drive, Suite 3700
>Chicago, Illinois  60606

>/s/ William M. Walsh
>William M. Walsh (06194203)
>Attorney for Plaintiffs