# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 78 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Rowland vs. Lake Forest Health & Fitness | | |

**DOCKET ENTRY TEXT**

Agreed motion for entry of order is granted. The parties are directed to submit an electronic version of the draft protective order for signature, following the instructions on Judge Kennelly's web page. Plaintiff's motion for leave to file amended complaint is also granted. The case remains set for a status hearing on 6/10/08 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|