IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ANN ROWLAND and PATRICIA KAPSALIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 08 C 00078 |
| | ) | |
| LAKE FOREST HEALTH AND FITNESS INSTITUTE, | ) | Judge Kennelly |
| | ) | |
| | ) | Magistrate Judge Cox |
| Defendant. | ) | |
| | ) | |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this case with prejudice, with the parties to bear their own costs.

Respectfully submitted,

/s/William M. Walsh
William M. Walsh,
Attorney for Plaintiffs

/s/ Mark E. Furlane
Mark E. Furlane, Attorney for Defendant

Law Office of William M. Walsh
53 W. Jackson Boulevard, Suite 224
Chicago, Illinois  60604
(312) 362-9190

Drinker Biddle & Reath LLP
191 N. Wacker Drive, Suite 3700
Chicago, Illinois  60606
(312) 569-1000

## CERTIFICATE OF SERVICE

I, William M. Walsh, hereby certify that on the 21st day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Mark Furlane @ mark.furlane@dbr.com
Drinker Biddle & Reath, LLP
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606

/s/ William M. Walsh
William M. Walsh (06194203)
Attorney for Plaintiffs