## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ann Rowland, et al.
                                              Plaintiff,

v.                                                                     Case No.: 1:08−cv−00078
                                                                     Honorable Matthew F. Kennelly

Lake Forest Health and Fitness Institute
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Case is dismissed with prejudice and without costs pursuant to stipulation. Status hearing date of 9/10/2008 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.